[No. 12718-4-III.   Division Three.   November 17, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO M. HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-00702-4, Stephen M. Brown, J., entered September 11, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 30335-0-I.   Division One.   November 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. NOREEN MARIE ERLANDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00818-8, Joseph A. Thibodeau, J., entered March 19, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, C.J., and Kennedy, J.

[No. 31758-0-I.   Division One.   November 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALLEN LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00199-8, Paul D. Hansen, J., entered November 3, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, C.J., and Kennedy, J.

[No. 33014-4-I.   Division One.   November 21, 1994.]

ANNA RILEY, *Appellant*, v. ROD GRABER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-01452-0, Elizabeth M. Balas, J. Pro Tem., entered July 13, 1993. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.